Emily R. Rankin, #6-3451
Mark L. Aronowitz, #6-4064
THE SPENCE LAW FIRM, LLC
15 South Jackson Street
P.O. Box 548
Jackson, Wyoming 83001
Telephone: (307) 733-7290
Facsimile: (307) 733-5248
rankin@spencelawyers.com
aronowitz@spencelawyers.com

ATTORNEYS FOR PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| YOLANDA EVERT, individually and as the Qualified Wrongful Death Representative of Erwin Evert, deceased,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. 11-CV-339-F |

### PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Plaintiff, by and through counsel, Emily R. Rankin and Mark L. Aronowitz of the Spence Law Firm, LLC, hereby discloses the following expert witnesses and expected testimony in accordance with the scheduling order of this Court. The following apply to all expert witnesses listed herein:

1. All opinions of expert witnesses set forth herein are to the required degree of probability pursuant to applicable law in the witness's field of expertise.

2. All material and information relied upon by expert witnesses in forming opinions are of the type ordinarily and reasonably relied upon by experts in the field of such witnesses in forming such opinions.

3. The contents of depositions of each witness, if a deposition is taken, are incorporated in this witness designation for each witness.

4. This designation is intended to supplement any and all interrogatories and request for production of documents propounded by the defendant, pertaining to expert witnesses.

5. All experts listed herein may criticize, comment upon, and/or rebut the deposition testimony, trial testimony, and/or data/reports and/or written materials produced and/or compiled in this case by the experts designated.

6. Plaintiff reserves the right to designate and/or call any expert designated by the defendant in this case.

7. Because discovery is ongoing, Plaintiff reserves the right to supplement this designation by giving opposing counsel notice of additional opinions that may be generated from newly discovered evidence.

**RETAINED EXPERT WITNESSES**

Plaintiff has retained the following individuals as expert witnesses to testify in this case. Plaintiff will provide these experts, without subpoena, for deposition at Defendant's expense. As discovery is ongoing, Plaintiff reserves the right to supplement this designation as new information is made known to Plaintiff or her experts. Supplementation may be in the form of depositions, correspondence, or through supplemental exhibits. Finally, Plaintiff reserves the right to supplement this designation in response to any expert designation by Defendant, and any corresponding deposition of any expert designated by Defendant. All depositions and discovery responses are therefore incorporated by reference herein.

**WAYNE MCCRORY**
**MCCRORY WILDLIFE SERVICES LTD.**
**208 LATKIN ROAD**
**NEW DENVER, BC V0G 1S1**
**250.358.7796**

  Mr. McCrory is a Registered Professional Biologist. Mr. McCrory is expected to testify as to his conclusions contained in his report attached hereto as <u>Exhibit A</u>. He is also expected to testify in accordance with his deposition, if taken. The qualifications of Mr. McCrory are contained in his resume, which is included in <u>Exhibit A</u>. Mr. McCrory is being compensated at the rate of $130.00 per hour for his work on this case, including any deposition or trial testimony. Mr. McCrory charges $65.00 per hour for travel, plus any expenses accrued. His mileage is charged at $0.51 per kilometer (plus 12% HST). Mr. McCrory has not testified as an expert witness at trial or by deposition within the preceding four years.

**MARC CATTET, PHD**
**CANADIAN COOPERATIVE WILDLIFE HEALTH CENTRE**
**WESTERN COLLEGE OF VETERINARY MEDICINE**
**UNIVERSITY OF SASKATCHEWAY**
**52 CAMPUS DRIVE, SASKATOON**
**SASKATCHEWAN S7N 5B4**
**306.966.2162**

  Mr. Cattet is a wildlife biologist, zoologist and veterinarian. Mr. Cattett is expected to testify as to his conclusions contained in his report attached hereto as <u>Exhibit B</u>. He is also expected to testify in accordance with his deposition, if taken. The qualifications of Mr. Cattet are contained in his resume, which is included in <u>Exhibit B</u>. Mr. Cattet is being compensated for his work in this case according to his fee schedule, which is included in <u>Exhibit B</u>. Mr. Cattet has

not testified as an expert witness at trial or by deposition within the preceding four years. Please note that the videos that form part of Mr. Cattet's report were unable to be filed electronically. They have been forwarded via U.S. Postal Service today, to both the Defendant and the Court.

PAUL RANDLE
PAUL A. RANDLE & ASSOCIATES
21 SHADOWN MOUNTAIN DRIVE
LOGAN, UT 84323A
435.753.1009

Mr. Randle is an Emeritus Professor of Finance and the President of Paul A. Randle & Associates, Financial and Economic Consultants. Mr. Randle has been retained by the Plaintiff to provide an analysis of the value of the loss of household services sustained by Mr. Evert's widow as a result of his death. Mr. Randle is expected to testify as to his conclusions contained in his report attached hereto as Exhibit C. He is also expected to testify in accordance with his deposition, if taken. The qualifications of Mr. Randle are contained in his resume, which is included in Exhibit C. Mr. Randle is being compensated for his work in this case according to his fee schedule, which is included in Exhibit C. A listing of other cases in which Mr. Randle has testified as an expert witness at trial or by deposition within the preceding four years is included in Exhibit C.

## NON-RETAINED TESTIFYING EXPERTS
### LAW ENFORCEMENT OFFICERS

The law enforcement officers who responded to the incident scene and investigated the death of Mr. Evert are both expert and fact witnesses and may offer opinions within their area of expertise. At this time Plaintiff anticipates that she may call the law enforcement officers listed

below to testify at the trial of this case. The officers will testify to the facts and opinions contained in their reports, notes, photographs, measurements, diagrams and other documents which have been produced in this case and will testify to the facts and opinions contained in their depositions, if taken. This is not intended to be a complete list of such law enforcement officers, and Plaintiff would refer specifically to the records produced or to be produced in this case.

    Deputy Mike Pennell
    Park County Sherriff's Department
    1402 River View Drive
    Cody, WY 82414

Deputy Mike Pennell was the responding officer to the scene of the June 17, 2010 incident and the author of the Park County Sheriff's Office Incident Report. If called, he is expected to testify consistent with his narrative report, and with his deposition, if taken.

    Scott Steward
    Park County Sherriff's Department
    1402 Riverview Drive
    Cody, WY 82414

Scott Steward was the Sherriff of the Park County Sherriff's Department at the time of the June 17, 2010 incident. If called, he is expected to testify to his personal knowledge of the investigation, recovery efforts, any interviews he conducted and his deposition, if taken.

### SUPPLEMENTAL DESIGNATION RESERVED

Plaintiff reserves the right to supplement this designation of expert witnesses pending review of additional discovery not yet obtained or which will be provided later in the case. Plaintiff's experts reserve the right to supplement their opinions in this case pending review of additional information.

### EXPERTS DESIGNATED BY THE DEFENDANT

Plaintiff reserves the right to call any and all expert witnesses identified by Defendant.

### FACT WITNESSES WITH EXPERT KNOWLEDGE

Defendant is further notified that Plaintiff reserves the right to ask witnesses opinions that are within their knowledge, training and experience or factual information about this case or any issue involving this case. Defendant is notified that Plaintiff reserves the right to call any person having factual knowledge/qualified opinions, whether listed as an expert or not, if otherwise disclosed in records provided to you, including answers to interrogatories, Rule 26 disclosures, or documents you have received or produced during the course of this case.

### REBUTTAL EXPERTS

Plaintiff reserves the right to designate rebuttal testimony from experts identified in this disclosure, as well as the right to designate additional experts as reasonable and necessary to provide opinions and/or rebuttal testimony in response to opinions advanced by discovery obtained from Defendant's experts.

DATED this 6th day of August 2012.

Emily R. Rankin
Mark L. Aronowitz
THE SPENCE LAW FIRM, LLC
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Mark L. Aronowitz do hereby certify that I have this 6th day of August 2012, served a true and accurate copy of the above and foregoing Designation of Expert Witness via electronic service, to the following:

Christopher A. Crofts
Nicholas Vassallo
C. Levi Martin
United States Attorney's Office
Post Office Box 668
Cheyenne, Wyoming 82003-0668
Telephone: 307.772.2124
Facsimile: 307.772.2123

*Attorneys for Defendant United States of America*

_____
Mark L. Aronowitz