# EXHIBIT C

PAUL A. RANDLE AND ASSOCIATES

FINANCIAL AND ECONOMIC CONSULTANTS
2 1 SHADOW MOUNTAIN DRIVE
POST OFFICE BOX 708
LOGAN, UTAH 84323-0708

PAUL A. RANDLE, Ph.D.
ALAN A. STEPHENS, Ph.D.
1. RICHARD JOHNSON, Ph.D., C.P.A.
KIRK D. GIFFORD, Ph.D.+
ALISON BARDSLEY +
RICK HIRSCHI. Ph.D.★

+ IDAHO
+ WASHINGTON
★ IDAHO. WYOMING

TELEPHONE
(435) 753-0709
FACSIMILE
(435) 753-7078
EMAIL
PARANDLE@COMCAST.NET

March 19, 2012

Emily Rankin
The Spence Firm
15 South Jackson Street
PO Box 548
Jackson, WY 83001

Re: Erwin Evert

Dear Ms. Rankin:

As requested we have evaluated the economic losses sustained by the widow of Erwin Evert as a result of his wrongful death on June 17, 2010. Because Mr. Evert was retired the economic losses we have identified consist solely of the loss of household services which would have been provided, but for his death. To avoid dealing with fractional parts of months all values have been computed as of May 1, 2012. The present value of these losses on that date is $244,853.

### Documents and Other Evidence Reviewed

The following documents that have been highlighted in yellow are attached to this report following our computational worksheets.

1. Complaint.

2. Death Certificate, Erwin Frank Evert.

3. Deposition of Yolanda Evert, May 24, 2012.

Erwin Evert, page 2

4. Life Table for White Males: United States, 2007, National Vital Statistics Reports, Vol. 59, No. 9, September 28, 2011.

5. Average Daily Hours Spent in Household Work, Men and Women, 2010, American Time Use Survey—2010 Results, USDL-11-0919, June 22, 2011, Bureau of Labor Statistics, U.S. Department of Labor.

6. Computation of Composite Hourly Value of Household Work, Male and Female,

7. Average annual rate of wage growth, all U.S. workers, 1987-2011, Bureau of Labor Statistics Employment and Earnings Website, January 14, 2010.

8. Secondary market yield on 10-year U.S. Treasury Bonds, March 15, 2012, Selected Interest Rates (Daily), Board of Governors of the Federal Reserve System.

## Facts and Computational Assumptions

1. While walking on a forest trail on June 17, 2010 Mr. Evert was killed by a grizzly bear that had recently been trapped and subsequently released by a federal inter-agency grizzly study team (complaint).

2. Mr. Evert was born on February 13, 1940, making his attained age 70.34 on the date of his death (death certificate). 1.87 years will have elapsed between the date of his death and May 1, 2012, the computational date of this report.

3. Based on his attained age on the date of death his remaining statistical life expectancy was 13.75 years, implying his normal age of death to be 84.09, on March 17, 2024 (life tables, white males). We have assumed all forward losses will continue through that estimated date of death.

4. Mr. Evert is survived by his widow Yolanda Evert (complaint).

5. Mrs. Evert testified in her deposition that Mr. Evert did numerous household services, including "yard work, gardening, maintenance, upkeep on the house, car maintenance, renovations, and household chores (deposition of Yolanda Evert).

6. Because Mr. Evert was retired we have limited our evaluation of economic losses to the value of household services he normally would have provided, but for his death.

7. We have estimated the annual value of the services normally provided by Mr. Evert based on annual data published by the U.S. Bureau of Labor Statistics. Those data show

Erwin Evert, page 3

the average hours per 24-hour day spent in all activities, including all aspects of household work. The data are age and gender specific (American Time Use Study).

8. The value of hourly work has been estimated using a weighted average hourly wage based on all categories of household work. The weighting factors used in determining the average hourly wage are taken from the ATUS study cited in the previous paragraph.

9. For all years subsequent to 2012 it is assumed the hourly value of household work provided by Mr. Evert would have grown at 3.16%. That is the average annual rate of growth in private sector jobs over the past 25 years (see BLS, Employment Hours and Earnings).

10. All losses sustained after May 1, 2012 have been discounted to present value using an interest rate of 2.29%. That is the current secondary market yield on 10-year U.S. Treasury bonds.

11. In order to simplify computations we have discounted future losses to present value at a net discount rate of -0.8434%. That rate is a composite of the discount and wage inflation rates, and its use eliminates the tedious work of explicitly inflating annual losses then discounting each annual loss to present value.

## Computation of Losses

1. Losses of household services that would have been provided by Mr. Evert, but for his death, have been divided into past and future components.

   a. The losses sustained between the date of Mr. Evert's death and May 1, 2012, the computational date of this report are shown in Table 1, and total $32,808. The losses shown in Table 1 are unadjusted for interest.

   b. The losses sustained between May 1, 2012 and March 17, 2024, Mr. Evert's statistical age of normal death, are shown in Table 2 in constant 2012 (uninflated) dollars. The present value of those losses on May 1, 2012, using the net discount rate explained above, is $212,045.

2. Based on each of the facts and computational assumptions explained above it is our opinion that the present value of the losses of Mr. Evert's normal capacity to provide household services totals $244,853. That amount is shown in Table 3.

We have attached foundational data highlighted in the "Documents and Other Evidence Reviewed" section of this report and cited in the computational worksheets following Table 3,

Erwin Evert, page 4

and have also included my current Rule 26 disclosures required by the Federal Rules. Please call if you have questions regarding this report, the attached tables, or the attached foundational documents.

Sincerely,

Paul A. Randle

| Table number: | 1 | |
|---|---|---|
| Table title: | Present value of household services lost between date of death and date of analysis | |
| Beginning & ending dates of loss: | 6/17/2010 | 5/1/2012 |
| First and last ages of loss: | 70.34 | 72.21 |
| Date of computation: | 5/1/2012 | |
| Year of computation: | 2012 | |
| Hourly value of services, 2012:[3] | $15.42 | |
| Fraction of first and last years lost: | 53.97% | 32.88% |
| Elapsed years, incident to analysis: | 1.87 | |

| Year | Age | Daily Hours Spent in Household Service[1] | Annual Hours Spent in Household Service | Wage Deflation Factor[2] | Hourly Value of Service[3] | Annual Value Of Lost Services |
|---|---|---|---|---|---|---|
| 2010 | 70 | 3.14 | 618.58 | 1.0230 | $15.07 | $9,324 |
| 2011 | 71 | 3.14 | 1,146.10 | 1.0000 | 15.42 | 17,673 |
| 2012 | 72 | 3.14 | 376.80 | 1.0000 | 15.42 | 5,810 |

Total loss of household services, 06/17/2010 to 05/01/2012      $32,808

[1] Extracted from Table 3, "Average hours per day spent in primary activities, American Time Use Survey–2010 Results, U.S. Department of Labor, Bureau of Labor Statistics, USDL 11-0919, June 22, 2011.

[2] Based on average annual rates of change in wages for all U.S. workers.  See attached BLS data.

[3] Composite weighted average hourly wage for maids and housekeepers, food preparation and serving occupations, landscaping and groundskeeping occupations, and child care occupations, Bureau of Labor Statistics, 2009.

Filename: Evert, Erwin.xlsm, pasthh

| Table number: | 2 | |
|---|---|---|
| Table title: | Present value of future loss of household services, date of analysis through date of normal death | |
| Beginning & ending dates of loss: | 5/1/2012 | 3/17/2024 |
| First and last ages of loss: | 72.21 | 84.09 |
| Normal year of death: | 2024 | |
| Hourly value of services, year 1:[2] | $15.42 | |
| Expected growth rate of hourly value:[3] | 3.16% | |
| Fraction of first year lost: | 67.12% | |
| Discount rate and net discount rate:[4] | 2.2900% | -0.8434% |

| Year | Age | Daily Hours Spent in Household Service[1] | Annual Hours Spent in Household Service | Uninflated Hourly Value of Service[2] | Uninflated Annual Value of Service |
|---|---|---|---|---|---|
| 2012 | 72 | 3.14 | 769.30 | $15.42 | $11,863 |
| 2013 | 73 | 3.14 | 1,146.10 | 15.42 | 17,673 |
| 2014 | 74 | 3.14 | 1,146.10 | 15.42 | 17,673 |
| 2015 | 75 | 2.74 | 1,000.10 | 15.42 | 15,422 |
| 2016 | 76 | 2.74 | 1,000.10 | 15.42 | 15,422 |
| 2017 | 77 | 2.74 | 1,000.10 | 15.42 | 15,422 |
| 2018 | 78 | 2.74 | 1,000.10 | 15.42 | 15,422 |
| 2019 | 79 | 2.74 | 1,000.10 | 15.42 | 15,422 |
| 2020 | 80 | 2.74 | 1,000.10 | 15.42 | 15,422 |
| 2021 | 81 | 2.74 | 1,000.10 | 15.42 | 15,422 |
| 2022 | 82 | 2.74 | 1,000.10 | 15.42 | 15,422 |
| 2023 | 83 | 2.74 | 1,000.10 | 15.42 | 15,422 |
| 2024 | 84 | 2.74 | 1,000.10 | 15.42 | 15,422 |

Present value of future household service loss at net discount ra       $212,045

[1] Extracted from Table 3, "Average hours per day spent in primary activities, American Time Use Survey--2010 Results, U.S. Department of Labor, Bureau of Labor Statistics, USDL 11-0919, June 22, 2011. See attached ATUS data.

[2] Composite weighted average hourly wage for maids and housekeepers, food preparation and serving occupations, landscaping and groundskeeping occupations, and child care occupations, Bureau of Labor Statistics, 2009.

[3] Average annual rate of growth in hourly earnings of U.S. workers, 1986-2010. See attached BLS data.

Filename: Evert, Erwin.xlsm, futrhh

| Table number: | 3 | |
|---|---|---|
| Table title: | Summary of Economic Losses | |
| Date of analysis: | 5/1/2012 | |

| Nature of Loss | Present Value of Losses |
|---|---|
| Total past household service loss, not including interest | $32,808 |
| Present value of future household service loss | 212,045 |
| Present value of losses on 05/01/2012 | $244,853 |

16   National Vital Statistics Reports, Vol. 59, No. 9, September 28, 2011

### Table 5. Life table for white males: United States, 2007

*Spreadsheet version available from:ftp://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/59_09/Table05.xls.*

| Age | Probability of dying between ages x to x + 1 $q_x$ | Number surviving to age x $l_x$ | Number dying between ages x to x + 1 $d_x$ | Person-years lived between ages x to x + 1 $L_x$ | Total number of person-years lived above age x $T_x$ | Expectation of life at age x $e_x$ |
|---|---|---|---|---|---|---|
| 0–1. | 0.006176 | 100,000 | 618 | 99,458 | 7,589,184 | 75.9 |
| 1–2. | 0.000442 | 99,382 | 44 | 99,360 | 7,489,726 | 75.4 |
| 2–3. | 0.000286 | 99,338 | 28 | 99,324 | 7,390,366 | 74.4 |
| 3–4. | 0.000222 | 99,310 | 22 | 99,299 | 7,291,041 | 73.4 |
| 4–5. | 0.000181 | 99,288 | 18 | 99,279 | 7,191,742 | 72.4 |
| 5–6. | 0.000169 | 99,270 | 17 | 99,262 | 7,092,463 | 71.4 |
| 6–7. | 0.000159 | 99,253 | 16 | 99,245 | 6,993,201 | 70.5 |
| 7–8. | 0.000147 | 99,238 | 15 | 99,230 | 6,893,956 | 69.5 |
| 8–9. | 0.000127 | 99,223 | 13 | 99,217 | 6,794,725 | 68.5 |
| 9–10. | 0.000101 | 99,210 | 10 | 99,205 | 6,695,509 | 67.5 |
| 10–11. | 0.000080 | 99,200 | 8 | 99,196 | 6,596,303 | 66.5 |
| 11–12. | 0.000084 | 99,192 | 8 | 99,188 | 6,497,107 | 65.5 |
| 12–13. | 0.000132 | 99,184 | 13 | 99,178 | 6,397,918 | 64.5 |
| 13–14. | 0.000235 | 99,171 | 23 | 99,160 | 6,298,741 | 63.5 |
| 14–15. | 0.000376 | 99,148 | 37 | 99,129 | 6,199,581 | 62.5 |
| 15–16. | 0.000524 | 99,111 | 52 | 99,085 | 6,100,452 | 61.6 |
| 16–17. | 0.000662 | 99,059 | 66 | 99,026 | 6,001,367 | 60.6 |
| 17–18. | 0.000800 | 98,993 | 79 | 98,954 | 5,902,341 | 59.6 |
| 18–19. | 0.000937 | 98,914 | 93 | 98,868 | 5,803,388 | 58.7 |
| 19–20. | 0.001068 | 98,821 | 106 | 98,769 | 5,704,520 | 57.7 |
| 20–21. | 0.001209 | 98,716 | 119 | 98,656 | 5,605,752 | 56.8 |
| 21–22. | 0.001338 | 98,596 | 132 | 98,530 | 5,507,096 | 55.9 |
| 22–23. | 0.001419 | 98,464 | 140 | 98,395 | 5,408,565 | 54.9 |
| 23–24. | 0.001435 | 98,325 | 141 | 98,254 | 5,310,171 | 54.0 |
| 24–25. | 0.001402 | 98,184 | 138 | 98,115 | 5,211,916 | 53.1 |
| 25–26. | 0.001353 | 98,046 | 133 | 97,980 | 5,113,802 | 52.2 |
| 26–27. | 0.001314 | 97,913 | 129 | 97,849 | 5,015,822 | 51.2 |
| 27–28. | 0.001286 | 97,785 | 126 | 97,722 | 4,917,973 | 50.3 |
| 28–29. | 0.001290 | 97,659 | 125 | 97,597 | 4,820,251 | 49.4 |
| 29–30. | 0.001293 | 97,534 | 126 | 97,471 | 4,722,654 | 48.4 |
| 30–31. | 0.001314 | 97,408 | 128 | 97,344 | 4,625,183 | 47.5 |
| 31–32. | 0.001338 | 97,280 | 130 | 97,215 | 4,527,839 | 46.5 |
| 32–33. | 0.001372 | 97,150 | 133 | 97,083 | 4,430,625 | 45.6 |
| 33–34. | 0.001412 | 97,016 | 137 | 96,948 | 4,333,541 | 44.7 |
| 34–35. | 0.001462 | 96,879 | 142 | 96,809 | 4,236,594 | 43.7 |
| 35–36. | 0.001522 | 96,738 | 147 | 96,664 | 4,139,785 | 42.8 |
| 36–37. | 0.001600 | 96,590 | 155 | 96,513 | 4,043,121 | 41.9 |
| 37–38. | 0.001701 | 96,436 | 164 | 96,354 | 3,946,608 | 40.9 |
| 38–39. | 0.001830 | 96,272 | 176 | 96,184 | 3,850,254 | 40.0 |
| 39–40. | 0.001989 | 96,096 | 191 | 96,000 | 3,754,070 | 39.1 |
| 40–41. | 0.002165 | 95,905 | 208 | 95,801 | 3,658,070 | 38.1 |
| 41–42. | 0.002357 | 95,697 | 226 | 95,584 | 3,562,269 | 37.2 |
| 42–43. | 0.002578 | 95,471 | 246 | 95,348 | 3,466,684 | 36.3 |
| 43–44. | 0.002826 | 95,225 | 269 | 95,091 | 3,371,336 | 35.4 |
| 44–45. | 0.003092 | 94,956 | 294 | 94,809 | 3,276,245 | 34.5 |
| 45–46. | 0.003366 | 94,663 | 319 | 94,503 | 3,181,436 | 33.6 |
| 46–47. | 0.003649 | 94,344 | 344 | 94,172 | 3,086,933 | 32.7 |
| 47–48. | 0.003960 | 94,000 | 372 | 93,814 | 2,992,761 | 31.8 |
| 48–49. | 0.004311 | 93,627 | 404 | 93,426 | 2,898,947 | 31.0 |
| 49–50. | 0.004704 | 93,224 | 439 | 93,005 | 2,805,522 | 30.1 |
| 50–51. | 0.005136 | 92,785 | 476 | 92,547 | 2,712,517 | 29.2 |
| 51–52. | 0.005589 | 92,309 | 516 | 92,051 | 2,619,970 | 28.4 |
| 52–53. | 0.006051 | 91,793 | 555 | 91,515 | 2,527,919 | 27.5 |
| 53–54. | 0.006509 | 91,237 | 594 | 90,941 | 2,436,404 | 26.7 |
| 54–55. | 0.006970 | 90,644 | 632 | 90,328 | 2,345,463 | 25.9 |
| 55–56. | 0.007456 | 90,012 | 671 | 89,676 | 2,255,136 | 25.1 |
| 56–57. | 0.007989 | 89,341 | 714 | 88,984 | 2,165,460 | 24.2 |
| 57–58. | 0.008575 | 88,627 | 760 | 88,247 | 2,076,476 | 23.4 |
| 58–59. | 0.009233 | 87,867 | 811 | 87,461 | 1,988,229 | 22.6 |
| 59–60. | 0.009965 | 87,056 | 867 | 86,622 | 1,900,767 | 21.8 |
| 60–61. | 0.010779 | 86,188 | 929 | 85,724 | 1,814,146 | 21.0 |
| 61–62. | 0.011664 | 85,259 | 994 | 84,762 | 1,728,422 | 20.3 |
| 62–63. | 0.012617 | 84,265 | 1,063 | 83,733 | 1,643,660 | 19.5 |
| 63–64. | 0.013648 | 83,202 | 1,136 | 82,634 | 1,559,927 | 18.7 |
| 64–65. | 0.014769 | 82,066 | 1,214 | 81,459 | 1,477,293 | 18.0 |

National Vital Statistics Reports, Vol. 59, No. 9, September 28, 2011    17

Table 5. Life table for white males: United States, 2007—Con.

Spreadsheet version available from:ftp://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/59_09/Table05.xls.

| Age | Probability of dying between ages $x$ to $x + 1$ | Number surviving to age $x$ | Number dying between ages $x$ to $x + 1$ | Person-years lived between ages $x$ to $x + 1$ | Total number of person-years lived above age $x$ | Expectation of life at age $x$ |
|---|---|---|---|---|---|---|
| | $q_x$ | $l_x$ | $d_x$ | $L_x$ | $T_x$ | $e_x$ |
| 65–66 . . . . . . . . . . . . . | 0.016124 | 80,852 | 1,304 | 80,201 | 1,395,833 | 17.3 |
| 66–67 . . . . . . . . . . . . . | 0.017519 | 79,549 | 1,394 | 78,852 | 1,315,633 | 16.5 |
| 67–68 . . . . . . . . . . . . . | 0.019057 | 78,155 | 1,489 | 77,410 | 1,236,781 | 15.8 |
| 68–69 . . . . . . . . . . . . . | 0.020699 | 76,666 | 1,587 | 75,872 | 1,159,370 | 15.1 |
| 69–70 . . . . . . . . . . . . . | 0.022496 | 75,079 | 1,689 | 74,234 | 1,083,498 | 14.4 |
| 70–71 . . . . . . . . . . . . . | 0.024522 | 73,390 | 1,800 | 72,490 | 1,009,264 | 13.8 |
| 71–72 . . . . . . . . . . . . . | 0.026901 | 71,590 | 1,926 | 70,627 | 936,774 | 13.1 |
| 72–73 . . . . . . . . . . . . . | 0.029683 | 69,664 | 2,068 | 68,630 | 866,147 | 12.4 |
| 73–74 . . . . . . . . . . . . . | 0.032880 | 67,596 | 2,223 | 66,485 | 797,516 | 11.8 |
| 74–75 . . . . . . . . . . . . . | 0.036455 | 65,374 | 2,383 | 64,182 | 731,031 | 11.2 |
| 75–76 . . . . . . . . . . . . . | 0.040419 | 62,991 | 2,546 | 61,718 | 666,849 | 10.6 |
| 76–77 . . . . . . . . . . . . . | 0.044669 | 60,445 | 2,700 | 59,095 | 605,131 | 10.0 |
| 77–78 . . . . . . . . . . . . . | 0.049343 | 57,745 | 2,849 | 56,320 | 546,036 | 9.5 |
| 78–79 . . . . . . . . . . . . . | 0.054479 | 54,895 | 2,991 | 53,400 | 489,716 | 8.9 |
| 79–80 . . . . . . . . . . . . . | 0.060115 | 51,905 | 3,120 | 50,345 | 436,316 | 8.4 |
| 80–81 . . . . . . . . . . . . . | 0.066293 | 48,785 | 3,234 | 47,168 | 385,971 | 7.9 |
| 81–82 . . . . . . . . . . . . . | 0.073057 | 45,550 | 3,328 | 43,887 | 338,804 | 7.4 |
| 82–83 . . . . . . . . . . . . . | 0.080451 | 42,223 | 3,397 | 40,524 | 294,917 | 7.0 |
| 83–84 . . . . . . . . . . . . . | 0.088523 | 38,826 | 3,437 | 37,107 | 254,393 | 6.6 |
| 84–85 . . . . . . . . . . . . . | 0.097319 | 35,389 | 3,444 | 33,667 | 217,286 | 6.1 |
| 85–86 . . . . . . . . . . . . . | 0.106886 | 31,945 | 3,414 | 30,238 | 183,619 | 5.7 |
| 86–87 . . . . . . . . . . . . . | 0.117271 | 28,530 | 3,346 | 26,858 | 153,381 | 5.4 |
| 87–88 . . . . . . . . . . . . . | 0.128520 | 25,185 | 3,237 | 23,566 | 126,524 | 5.0 |
| 88–89 . . . . . . . . . . . . . | 0.140677 | 21,948 | 3,088 | 20,404 | 102,958 | 4.7 |
| 89–90 . . . . . . . . . . . . . | 0.153790 | 18,860 | 2,900 | 17,410 | 82,553 | 4.4 |
| 90–91 . . . . . . . . . . . . . | 0.167866 | 15,960 | 2,679 | 14,620 | 65,143 | 4.1 |
| 91–92 . . . . . . . . . . . . . | 0.182862 | 13,281 | 2,430 | 12,066 | 50,523 | 3.8 |
| 92–93 . . . . . . . . . . . . . | 0.199092 | 10,851 | 2,160 | 9,771 | 38,457 | 3.5 |
| 93–94 . . . . . . . . . . . . . | 0.216287 | 8,691 | 1,879 | 7,751 | 28,686 | 3.3 |
| 94–95 . . . . . . . . . . . . . | 0.234490 | 6,811 | 1,597 | 6,013 | 20,935 | 3.1 |
| 95–96 . . . . . . . . . . . . . | 0.253751 | 5,214 | 1,323 | 4,552 | 14,923 | 2.9 |
| 96–97 . . . . . . . . . . . . . | 0.274028 | 3,891 | 1,066 | 3,358 | 10,370 | 2.7 |
| 97–98 . . . . . . . . . . . . . | 0.295285 | 2,825 | 834 | 2,408 | 7,013 | 2.5 |
| 98–99 . . . . . . . . . . . . . | 0.317469 | 1,991 | 632 | 1,675 | 4,605 | 2.3 |
| 99–100 . . . . . . . . . . . . . | 0.340514 | 1,359 | 463 | 1,127 | 2,930 | 2.2 |
| 100 and over . . . . . . . . . . . . | 1.000000 | 896 | 896 | 1,803 | 1,803 | 2.0 |



# NEWS RELEASE



**For release 10:00 a.m. (EDT) Wednesday, June 22, 2011**

USDL-11-0919

Technical information:  (202) 691-6339  •  atusinfo@bls.gov  •  www.bls.gov/tus
Media contact:             (202) 691-5902  •  PressOffice@bls.gov

## AMERICAN TIME USE SURVEY — 2010 RESULTS

In 2010, 82 percent of employed persons worked on an average weekday, compared with 35 percent on an average weekend day, the U.S. Bureau of Labor Statistics reported today. The American Time Use Survey (ATUS) data include the average amount of time per day in 2010 that individuals worked, did household activities, and engaged in leisure and sports activities. Additionally, measures of the average time per day spent providing childcare—both as a main activity and while doing other things—for the combined years 2006-10 are provided. Except for childcare, activities done simultaneously with primary activities were not collected. For a further description of ATUS data and methodology, see the Technical Note.

### Working (by Employed Persons) in 2010

- Employed persons worked an average of 7.5 hours on the days they worked. More hours were worked, on average, on weekdays than on weekend days—7.9 hours compared with 5.5 hours. (See table 4.)

- On the days that they worked, employed men worked 41 minutes more than employed women. This difference partly reflects women's greater likelihood of working part time. However, even among full-time workers (those usually working 35 hours or more per week), men worked longer than women—8.2 hours compared with 7.8 hours. (See table 4.)

- Many more people worked on weekdays than on weekend days: 82 percent of employed persons worked on an average weekday, compared with 35 percent on an average weekend day. These estimates include individuals who worked on the day, regardless of whether they usually work on those days. For example, the 35 percent of workers who worked on a weekend day includes those whose jobs are typically performed on weekends, as well as those who usually work on weekdays but spent time working on the weekend. (See table 4.)

- On the days that they worked, 24 percent of employed persons did some or all of their work at home, and 83 percent did some or all of their work at their workplace. Men and women were about equally likely to do some or all of their work at home. (See table 6.)

- Multiple jobholders were more likely to work on an average weekend day than were single jobholders—51 percent compared with 34 percent. Multiple jobholders were nearly twice as likely to work at home as were single jobholders—39 percent compared with 22 percent. (See tables 4 and 6.)

Average Daily Hours Spent in Household Work, Men and Women, 2010[1]

| Characteristic | Col 1 Personal care activities | Col 2 Eating and drinking | Col 3 Household activities | Col 4 Purchasing goods and services | Col 5 Caring for and helping household members | Col 6 Caring for and helping non-household members | Col 7 Working and work-related activities | Col 8 Educational activities | Col 9 Organizational, civic, and religious activities | Col 10 Leisure and sports | Col 11 Telephone calls, mail, and e-mail | Col 12 Other activities, not elsewhere classified | Col 13 Daily Household Hours (Sum, Cols 3-6) | Col 14 Annual Household Hours (Col 13 x 365) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Men, 15 years and over | 9.25 | 1.29 | 1.42 | 0.62 | 0.33 | 0.19 | 4.09 | 0.47 | 0.30 | 5.57 | 0.13 | 0.33 | 2.56 | 934.40 |
| 15 to 19 years | 10.25 | 0.93 | 0.69 | 0.45 | 0.07 | 0.17 | 1.00 | 3.13 | 0.28 | 6.29 | 0.28 | 0.46 | 1.38 | 503.70 |
| 20 to 24 years | 9.64 | 1.22 | 1.01 | 0.50 | 0.13 | 0.20 | 3.47 | 1.21 | 0.15 | 5.99 | 0.11 | 0.32 | 1.90 | 693.50 |
| 25 to 34 years | 8.98 | 1.29 | 1.08 | 0.61 | 0.58 | 0.18 | 5.56 | 0.26 | 0.24 | 4.80 | 0.12 | 0.29 | 2.45 | 894.25 |
| 35 to 44 years | 8.92 | 1.25 | 1.47 | 0.70 | 0.79 | 0.18 | 5.50 | 0.07 | 0.29 | 4.51 | 0.08 | 0.24 | 3.14 | 1,146.10 |
| 45 to 54 years | 8.80 | 1.27 | 1.64 | 0.55 | 0.29 | 0.21 | 5.38 | 0.03 | 0.35 | 4.97 | 0.09 | 0.41 | 2.69 | 981.85 |
| 55 to 64 years | 9.21 | 1.38 | 1.68 | 0.68 | 0.11 | 0.22 | 4.35 | 0.06 | 0.30 | 5.58 | 0.15 | 0.28 | 2.69 | 981.85 |
| 65 to 74 years | 9.63 | 1.45 | 2.04 | 0.74 | 0.10 | 0.26 | 1.48 | 0.00 | 0.43 | 7.37 | 0.11 | 0.35 | 3.14 | 1,146.10 |
| 75 years and over | 9.87 | 1.59 | 1.85 | 0.72 | 0.03 | 0.14 | 0.33 | 0.00 | 0.36 | 8.41 | 0.26 | 0.43 | 2.74 | 1,000.10 |
| Women, 15 years and over | 9.67 | 1.21 | 2.14 | 0.86 | 0.67 | 0.23 | 2.94 | 0.48 | 0.40 | 4.82 | 0.21 | 0.36 | 3.90 | 1,423.50 |
| 15 to 19 years | 10.43 | 1.08 | 0.86 | 0.57 | 0.22 | 0.18 | 1.00 | 3.67 | 0.26 | 5.08 | 0.27 | 0.39 | 1.83 | 667.95 |
| 20 to 24 years | 9.95 | 1.11 | 1.51 | 0.74 | 0.98 | 0.20 | 3.26 | 0.70 | 0.27 | 4.69 | 0.15 | 0.43 | 3.43 | 1,251.95 |
| 25 to 34 years | 9.78 | 1.19 | 1.80 | 0.80 | 1.43 | 0.16 | 3.83 | 0.27 | 0.29 | 3.99 | 0.14 | 0.32 | 4.19 | 1,529.35 |
| 35 to 44 years | 9.33 | 1.12 | 2.36 | 0.87 | 1.35 | 0.13 | 3.85 | 0.21 | 0.34 | 3.65 | 0.15 | 0.42 | 4.73 | 1,726.45 |
| 45 to 54 years | 9.23 | 1.17 | 2.40 | 0.92 | 0.46 | 0.34 | 4.06 | 0.16 | 0.38 | 4.35 | 0.22 | 0.32 | 4.12 | 1,503.80 |
| 55 to 64 years | 9.52 | 1.22 | 2.43 | 1.00 | 0.13 | 0.31 | 3.38 | 0.05 | 0.46 | 4.33 | 0.25 | 0.31 | 3.87 | 1,412.55 |
| 65 to 74 years | 9.71 | 1.32 | 2.72 | 1.10 | 0.12 | 0.35 | 0.87 | 0.00 | 0.60 | 6.41 | 0.33 | 0.38 | 4.29 | 1,566.85 |
| 75 years and over | 10.28 | 1.48 | 2.59 | 0.75 | 0.05 | 0.11 | 0.17 | 0.00 | 0.68 | 7.20 | 0.28 | 0.40 | 3.50 | 1,277.50 |

[1] Data extracted from Table 3, time spent in primary activities for the civilian population by age, sex, race, Hispanic or Latino ethnicity, marital status, and educational attainment, 2010 annual averages. American Time Use Survey–2010 Results, U.S. Department of Labor, Bureau of Labor Statistics, USDL 11-0919, June 22, 2011.

Computation of Estimated Composite Hourly Value of Household Work, Male and Female

| | Average Hours Per Day Providing Household Services[1] | | Average Hourly Wage (In 2009 Dollars) | Computation of Weighted Average Composite Hourly Wage, Men | Computation of Weighted Average Composite Hourly Wage, Women |
|---|---|---|---|---|---|
| | Men | Women | | | |
| Housework and Household Management[2] | 1.41 | 2.09 | $14.19 | $7.82 | $7.60 |
| Housework | 0.26 | 0.87 | 14.19 | $1.44 | $3.17 |
| Household Management | 0.10 | 0.15 | 14.19 | $0.55 | $0.55 |
| Other Household Work | 0.43 | 0.21 | 14.19 | $2.38 | $0.76 |
| Purchasing Goods and Services | 0.62 | 0.86 | 14.19 | $3.44 | $3.13 |
| Food Preparation and Cleanup[3] | 0.32 | 0.79 | 14.61 | 1.83 | 2.96 |
| Lawn and Garden Care[4] | 0.31 | 0.12 | 17.90 | 2.17 | 0.55 |
| Caring For and Helping Household and Non-Household Members[5] | 0.62 | 0.90 | 14.08 | 2.86 | 3.25 |
| Average daily total hours spent in household work | 2.56 | 3.90 | | | |
| Weighted average composite hourly value of household work, May 2010 | | | | $14.67 | $14.36 |
| Weighted average composite hourly value of household work, adjusted to 2012 dollars | | | | $15.42 | $15.10 |

[1] Data extracted from American Time Use Survey--2010 Results, Table 1, Time spent in primary activities, 2010 Annual Averages

[2] This category includes all housework, household management, purchasing goods and services, and other household activities.
The hourly wage shown represents the 90th percentile wage for maids and housekeeping services, May 2010.

[3] The hourly wage shown represents the 90th percentile wage for food preparation and serving occupations, May 2010.

[4] The hourly wage shown represents the 90th percentile wage for landscaping and groundskeeping workers, May 2010.

[5] The hourly wage shown represents the 90th percentile wage for child care workers, May 2010.

A to Z Index | FAQs | About BLS | Contact Us   Subscribe to E-mail Updates   **GO**

What's New | Release Calendar | Site Map

Search BLS.gov

| Home | Subject Areas | Databases & Tools | Publications | Economic Releases | Beta | |

# Databases, Tables & Calculators by Subject

FONT SIZE: ⊟ ⊞

**Change Output Options:**    From: `1987`    To: `2011`    **GO**

☐ include graphs                                    **More Formatting Options** ➡

Data extracted on: January 14, 2012 (1:40:16 PM)

Employment, Hours, and Earnings from the Current Employment Statistics survey (National)

**12-Month Percent Change**
Series Id:      CEU0500000008
Not Seasonally Adjusted
Super Sector:  Total private
Industry:       Total private
NAICS Code:     -
Data Type:      AVERAGE HOURLY EARNINGS OF PRODUCTION AND NONSUPERVISORY EMPLOYEES

Download: 📄 .xls

| Year | Annual |
|------|--------|
| 1987 | 2.4 |
| 1988 | 3.3 |
| 1989 | 3.8 |
| 1990 | 4.1 |
| 1991 | 3.1 |
| 1992 | 2.4 |
| 1993 | 2.6 |
| 1994 | 2.6 |
| 1995 | 2.7 |
| 1996 | 3.3 |
| 1997 | 3.9 |
| 1998 | 4.0 |
| 1999 | 3.7 |
| 2000 | 3.9 |
| 2001 | 3.7 |
| 2002 | 3.0 |
| 2003 | 2.7 |
| 2004 | 2.1 |
| 2005 | 2.8 |
| 2006 | 3.9 |
| 2007 | 4.0 |
| 2008 | 3.7 |
| 2009 | 3.0 |
| 2010 | 2.4 |
| 2011 | 1.9(P) |

P : preliminary

What's New · What's Next · Site Map · A-Z Index · Careers · RSS · All Videos · Current FAQs

Search Advanced Search

## Board of Governors of the Federal Reserve System

| About the Fed | News & Events | Monetary Policy | Banking Information & Regulation | Payment Systems | Economic Research & Data | Consumer Information | Community Development | Reporting Forms | Publications |
|---|---|---|---|---|---|---|---|---|---|

Home > Economic Research & Data > Statistical Releases and Historical Data

## Selected Interest Rates (Daily) - H.15

RSS  Add DDP  Print

Current Release   Release Dates   Daily Update   Historical Data   About   Announcements

## Daily Update

Release Date: March 16, 2012

The weekly release is posted on Monday. Daily updates of the weekly release are posted Tuesday through Friday on this site. If Monday is a holiday, the weekly release will be posted on Tuesday after the holiday and the daily update will not be posted on that Tuesday.

March 16, 2012
Selected Interest Rates
*Yields in percent per annum*

| Instruments | 2012 Mar 12 | 2012 Mar 13 | 2012 Mar 14 | 2012 Mar 15 |
|---|---|---|---|---|
| Federal funds (effective) 1 2 3 | 0.12 | 0.12 | 0.13 | 0.14 |
| Commercial Paper 3 4 5 6 | | | | |
| Nonfinancial | | | | |
| 1-month | 0.11 | n.a. | 0.13 | 0.13 |
| 2-month | 0.13 | 0.16 | 0.15 | n.a. |
| 3-month | 0.20 | n.a. | n.a. | n.a. |
| Financial | | | | |
| 1-month | 0.07 | 0.05 | n.a. | 0.07 |
| 2-month | 0.13 | 0.18 | 0.14 | 0.12 |
| 3-month | 0.21 | 0.30 | 0.16 | 0.19 |
| CDs (secondary market) 3 7 | | | | |
| 1-month | 0.17 | 0.17 | 0.17 | 0.19 |
| 3-month | 0.29 | 0.29 | 0.29 | 0.30 |
| 6-month | 0.52 | 0.51 | 0.51 | 0.51 |
| Eurodollar deposits (London) 3 8 | | | | |
| 1-month | 0.34 | 0.34 | 0.34 | 0.34 |
| 3-month | 0.45 | 0.45 | 0.45 | 0.45 |
| 6-month | 0.65 | 0.65 | 0.65 | 0.65 |
| Bank prime loan 2 3 9 | 3.25 | 3.25 | 3.25 | 3.25 |
| Discount window primary credit 2 10 | 0.75 | 0.75 | 0.75 | 0.75 |
| U.S. government securities | | | | |
| Treasury bills (secondary market) 3 4 | | | | |
| 4-week | 0.05 | 0.06 | 0.08 | 0.08 |
| 3-month | 0.09 | 0.08 | 0.09 | 0.08 |
| 6-month | 0.15 | 0.15 | 0.15 | 0.15 |
| 1-year | 0.18 | 0.19 | 0.20 | 0.20 |
| Treasury constant maturities | | | | |
| Nominal 11 | | | | |
| 1-month | 0.05 | 0.06 | 0.08 | 0.08 |
| 3-month | 0.09 | 0.08 | 0.09 | 0.08 |
| 6-month | 0.15 | 0.15 | 0.15 | 0.15 |
| 1-year | 0.18 | 0.20 | 0.21 | 0.21 |
| 2-year | 0.33 | 0.35 | 0.40 | 0.37 |

| Instruments | 2012 Mar 12 | 2012 Mar 13 | 2012 Mar 14 | 2012 Mar 15 |
|---|---|---|---|---|
| 3-year | 0.47 | 0.51 | 0.50 | 0.56 |
| 5-year | 0.92 | 0.99 | 1.13 | 1.11 |
| 7-year | 1.43 | 1.52 | 1.69 | 1.67 |
| 10-year | 2.04 | 2.14 | 2.29 | 2.29 |
| 20-year | 2.82 | 2.92 | 3.08 | 3.08 |
| 30-year | 3.17 | 3.26 | 3.43 | 3.41 |
| Inflation indexed 12 | | | | |
| 5-year | -1.14 | -1.14 | -1.02 | -1.02 |
| 7-year | -0.68 | -0.68 | -0.54 | -0.55 |
| 10-year | -0.24 | -0.20 | -0.07 | -0.08 |
| 20-year | 0.48 | 0.54 | 0.64 | 0.60 |
| 30-year | 0.80 | 0.84 | 0.95 | 0.90 |
| Inflation-indexed long-term average 13 | 0.44 | 0.48 | 0.59 | 0.55 |
| Interest rate swaps 14 | | | | |
| 1-year | 0.50 | 0.51 | 0.52 | 0.51 |
| 2-year | 0.57 | 0.60 | 0.65 | 0.63 |
| 3-year | 0.70 | 0.74 | 0.82 | 0.80 |
| 4-year | 0.91 | 0.96 | 1.06 | 1.06 |
| 5-year | 1.14 | 1.20 | 1.32 | 1.33 |
| 7-year | 1.60 | 1.67 | 1.81 | 1.83 |
| 10-year | 2.09 | 2.15 | 2.30 | 2.34 |
| 30-year | 2.84 | 2.90 | 3.05 | 3.09 |
| Corporate bonds | | | | |
| Moody's seasoned | | | | |
| Aaa 15 | 3.90 | 3.97 | 4.14 | 4.11 |
| Baa | 5.13 | 5.22 | 5.36 | 5.36 |
| State & local bonds 16 | | | | 3.95 |
| Conventional mortgages 17 | | | | 3.92 |

n.a. Not available.

#### Footnotes

1. The daily effective federal funds rate is a weighted average of rates on brokered trades.

2. Weekly figures are averages of 7 calendar days ending on Wednesday of the current week; monthly figures include each calendar day in the month.

3. Annualized using a 360-day year or bank interest.

4. On a discount basis.

5. Interest rates interpolated from data on certain commercial paper trades settled by The Depository Trust Company. The trades represent sales of commercial paper by dealers or direct issuers to investors (that is, the offer side). The 1-, 2-, and 3-month rates are equivalent to the 30-, 60-, and 90-day dates reported on the Board's Commercial Paper Web page (www.federalreserve.gov/releases/cp/).

6. Financial paper that is insured by the FDIC's Temporary Liquidity Guarantee Program is not excluded from relevant indexes, nor is any financial or nonfinancial commercial paper that may be directly or indirectly affected by one or more of the Federal Reserve's liquidity facilities. Thus the rates published after September 19, 2008, likely reflect the direct or indirect effects of the new temporary programs and, accordingly, likely are not comparable for some purposes to rates published prior to that period.

7. An average of dealer bid rates on nationally traded certificates of deposit.

8. Source: Bloomberg and CTRB ICAP Fixed Income & Money Market Products.

9. Rate posted by a majority of top 25 (by assets in domestic offices) insured U.S.-chartered commercial banks. Prime is one of several base rates used by banks to price short-term business loans.

10. The rate charged for discounts made and advances extended under the Federal Reserve's primary credit discount window program, which became effective January 9, 2003. This rate replaces that for adjustment credit, which was discontinued after January 8, 2003. For further information, see www.federalreserve.gov/boarddocs/press/bcreg/2002/200210312/default.htm. The rate reported is that for the Federal Reserve Bank of New York. Historical series for the rate on adjustment credit as well as the rate on primary credit are available at www.federalreserve.gov/releases/h15/data.htm.

11. Yields on actively traded non-inflation-indexed issues adjusted to constant maturities. The 30-year Treasury constant maturity series was discontinued on February 18, 2002, and reintroduced on February 9, 2006. From February 18, 2002, to February 9, 2006, the U.S. Treasury published a factor for adjusting the daily nominal 20-year constant maturity in order to estimate a 30-year nominal rate. The historical adjustment factor can be found at www.treasury.gov/resource-center/data-chart-center/interest-rates/.

# Paul A. Randle

# Rule 26 Required Data

FEE SCHEDULE FOR ROUTINE PERSONAL INJURY CASES[1]

Effective August 1, 2011

- Retainer, routine personal injury and death cases. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,100

  Any retainer received is applied to hourly charges for case preparation, testimony, or expenses, as those expenses are incurred. Because acceptance of an engagement precludes being retained by opposing parties no portion of any retainer is refundable.

- Hourly charges, routine personal injury and death cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $280

  These rates apply to all time spent in research, analysis, valuation, reading and correcting depositions, and preparation of suggested direct or cross examination.

- Trial and/or deposition testimony taken at Logan, Utah or by telephone . . . . . . . . . . . . . . . . $840*

  *For all testimony started and completed in three hours. Each additional hour of trial or deposition time will be billed at the rate of $280 per hour.

- Trial and/or deposition testimony taken outside of Logan, Utah . . . . . . . . . . . . . . . . . . . . . .$1,150**

  **For all testimony started and completed in three hours. Each additional hour of trial or deposition testimony will be billed at the rate of $280 per hour. Travel time to depositions or trials will be billed at $210 per hour

- Expenses. Actual expenses will be billed, as incurred, for long distance telephone charges, FAX charges, Xerox copies, courier or FED-X charges, travel costs (including travel time to deposition or trial testimony), etc.

[1]Personal injury cases involving highly complex issues or multiple plaintiffs are billed at higher rates, depending on the complexity of the case.

**Paul A. Randle**
**Deposition Testimony Given**
**January 1, 2008 Through December 31, 2011**

| Date | Case | Retained By | Testified For | Jurisdiction | Location |
|------|------|-------------|---------------|--------------|----------|
| 12/12/2011 | Creech, et al. v. Stryker | Dewsnup, King & Olsen/Parsons Behle | Plaintiff | Federal | Salt Lake |
| 10/6/2011 | Townsend, Dyan | Scalley, Reading, Bates, Hansen & Rasmuss | Plaintiff | State | Salt Lake |
| 10/4/2011 | Vialpondo v. Stryker | Dewsnup, King & Olsen | Plaintiff | Federal | Las Vegas, NV |
| 9/12/2011 | Harrison v. I-Flow | Parsons, Behle & Latimer | Plaintiff | Federal | Billings, MT |
| 8/25/2011 | Raqul Halladay | Jones, Waldo, Holbrook & McDonough | Plaintiff | State | Provo, UT |
| 8/3/2011 | Szeles v. WalMart | Gridley, Ward & Van Dyke | Plaintiff | State | Ogden, UT |
| 7/22/2011 | Stoddard and Prescott v. Larkin, et al. | DeHaan Law Office | Plaintiff | State | Logan, UT |
| 6/7/2011 | Cosgrove v/ Ogden Clinic | Fabian & Clendenin | Plaintiff | State | Ogden, UT |
| 6/7/2011 | Lawrence, Jonna | Jones, Waldo, Holbrook & McDonough | Plaintiff | State | Provo, UT |
| 5/23/2011 | Wycoff v. IHC | Christensen & Jensen | Plaintiff | State | Salt Lake |
| 5/19/2011 | Jarnagin, Michelle | Fabian & Clendenin | Plaintiff | State | Salt Lake |
| 4/19/2011 | Moala, Talite | Fabian & Clendenin | Plaintiff | State | Salt Lake |
| 3/21/2011 | Aguilar, Martin | Dewsnup, King & Olsen | Plaintiff | State | Salt Lake |
| 2/17/2011 | Stoker v. Richey | Fabian & Clendenin | Plaintiff | State | Salt Lake |
| 1/6/2011 | Allen v. Biggs | Fabian & Clendenin | Plaintiff | State | Salt Lake |
| 12/13/2010 | Hays, Jeremy | Fabian & Clendenin | Plaintiff | State | Salt Lake |
| 11/23/2010 | Jorgenson, Jeremy | John Vincent | Plaintiff | State | Casper, WY |
| 11/19/2010 | Huskey v. Bayer | Patrick Mahoney | Plaintiff | State | Boise, ID |
| 11/4/2010 | Goodrich v. I-FLow | Dewsnup, King & Olsen | Plaintiff | Federal | Salt Lake |
| 10/13/2010 | Naisbett, Paula | Gridley, Ward & Van Dyke | Plaintiff | State | Ogden, UT |
| 10/12/2010 | Rodriguez | Parsons, Behle & Latimer | Plaintiff | Federal | Nashville, TN |
| 9/16/2010 | Holley, Brent | Dewsnup, King & Olsen | Plaintiff | State | Salt Lake |
| 6/22/2010 | Duncan v. Moli | Eisenberg & Gilchrist | Plaintiff | State | Salt Lake |
| 6/18/2010 | Ault v. Komatsu | Young, Kester & Petro | Plaintiff | State | Provo, UT |
| 8/8/2010 | Daugherty v. Stidham, et al. | Feldman, Orlansky & Sanders | Plaintiff | State | Anchorage, AK |
| 5/19/2010 | Heroff v. UDOT | Silvester & Conroy | Plaintiff | State | Salt Lake |
| 5/10/2010 | Harrison v. Brighton | Jones, Waldo, Holbrook & McDonough | Plaintiff | State | Salt Lake |
| 4/14/2010 | Hutchings v. Andrus | Steele & Biggs | Plaintiff | State | St. George |
| 4/8/2010 | Felton v. Proa | Eisenberg & Gilchrist | Plaintiff | State | Green River, W |
| 3/2/2010 | Rothstein v. Snowbird | Eisenberg & Gilchrist | Plaintiff | State | Salt Lake |
| 2/23/2010 | Evans, Val | Fabian & Clendenin | Plaintiff | State | Salt Lake |
| 1/26/2010 | Wilder, Catherine | Gridley, Ward & Van Dyke | Plaintiff | State | Ogden, UT |
| 1/18/2010 | Hess v. Marriott | Christensen & Jensen | Plaintiff | State | Salt Lake |
| 1/13/2010 | Trujill v. IHC, et al | Hasenyager & Summerill | Plaintiff | State | Ogden, UT |
| 1/6/2010 | Belnap, Lori | Gridley, Ward & Van Dyke | Plaintiff | State | Ogden, UT |
| 11/24/2009 | Waite v. Checketts, et al. | Fabian & Clendenin | Plaintiff | State | Salt Lake |
| 11/24/2009 | Greening v. American Fork Hospital | Fabian & Clendenin | Plaintiff | State | Salt Lake |
| 11/23/2009 | Leonard v. Cottonwood Hospital | Fabian & Clendenin | Plaintiff | State | Salt Lake |
| 11/23/2009 | Feller v. IHC, et al. | Dewsnup, King & Olsen | Plaintiff | State | St. George, UT |
| 11/20/2009 | Ayers v. Utah Auto | Nelson, Snuffer, Dahle & Poulsen, PC | Plaintiff | State | Salt Lake |
| 9/1/2009 | Flippin v. BJ Crane Services | Feldman, Orlansky & Sanders | Plaintiff | State | Anchorage, AK |
| 8/11/2009 | Godinez v. IHC | Hasenyager & Summerill | Plaintiff | State | Ogden, UT |
| 8/10/2009 | Lisa Ogzewalla | Clark Newhall, MD, JD, LC | Plaintiff | State | Salt Lake |

| Date | Case | Retained By | Testified For | Jurisdiction | Location |
|------|------|-------------|---------------|--------------|----------|
| 7/16/2009 | Morris v. Hobby Lobby | Harris & Carter | Plaintiff | State | Layton, UT |
| 6/22/2009 | Wenbourne v. KLN Painting, et al. | Richard Mulligan | Plaintiff | State | Jackson, WY |
| 6/19/2009 | Baldanado, et al., v. El Paso Natural G | Robert P. Schuster | Plaintiff | State | Roswell, NM |
| 5/21/2009 | Gunderson v. U of U Hospital | G. Eric Nelson | Plaintiff | State | Salt Lake |
| 5/11/2009 | Bishop v. Timpanogas Regional Medica | Jeffs & Jeffs | Plaintiff | State | Provo, UT |
| 3/26/2009 | Teresa Van Valkenberg | Gridley, Ward & Van Dyke | Plaintiff | State | Ogden, UT |
| 3/20/2009 | Christensen v. Spence Pharmacy | Olsen & Hoggan, PC | Plaintiff | State | Logan, UT |
| 3/2/2009 | David Becker | Eisenberg & Gilchrist | Plaintiff | State | Salt Lake |
| 2/17/2009 | Fletcher v. U-Haul | Snow, Christensen & Martineau | Plaintiff | Federal | Phoenix, AZ |
| 2/12/2009 | Housekeeper v. Engar | The Gooch Firm | Plaintiff | State | Moab, UT |
| 2/6/2009 | Lory Stout | Fabian & Clendenin | Plaintiff | State | Salt Lake |
| 1/22/2009 | Napper v. Harley Davidson | Eisenberg & Gilchrist | Plaintiff | State | Salt Lake |
| 1/20/2009 | Greve v. Green River (Wyoming) | The Spence Firm | Plaintiff | State | Green River, W |
| 12/11/2008 | Middleton, Luanna | Gridley, Ward & Shaw | Plaintiff | State | Ogden, UT |
| 12/4/2008 | Rawlins v. Gillette | Howard, Lewis & Petersen | Plaintiff | State | Salt Lake |
| 11/12/2008 | Jensen, Kaye | Gridley, Ward & Shaw | Plaintiff | State | Ogden, UT |
| 10/1/2008 | Ayers v. URN | Nelson, Snuffer, Dahle & Poulsen, PC | Plaintiff | State | Salt Lake |
| 9/12/2008 | Lukason, David | Clark Newhall, MD, JD, LC | Plaintiff | State | Salt Lake |
| 9/9/2008 | Mecham v. Bingham | Fabian & Clendenin | Plaintiff | State | Salt Lake |
| 9/4/2008 | Booth v. Kit, et al. | Robert Schuster | Plaintiff | State | Salt Lake |
| 8/12/2008 | Bullock v. Bullock | Harris & Carter, Attorneys at Law | Plaintiff | State | Provo, UT |
| 7/18/2008 | Gilsdorf v. IHC, et al. | Bearnson & Peck | Plaintiff | State | Logan, UT |
| 7/16/2008 | Teuscher v. Welling | Clark Newhall, MD, JD, LC | Plaintiff | State | Salt Lake |
| 6/17/2008 | Nielson v. Richey | Eisenberg & Gilchrist | Plaintiff | State | Salt Lake |
| 6/10/2008 | Berry, Lori | Hasenyager & Summerill | Plaintiff | State | Ogden, UT |
| 4/8/2008 | Schenck v. Williams | Jeffrey Gooch | Plaintiff | State | Moab |
| 3/13/2008 | Braithwaite v. IHC | Dewsnup, King & Olsen | Plaintiff | State | Provo, UT |

**Paul A. Randle**
**Trial Testimony Given**

## January 1, 2008 Through Decemer 31, 2011

| Date | Case | Retained By | Testified For | Jurisdiction | Location |
|------|------|-------------|---------------|--------------|----------|
| 12/7/2011 | Cochrane v. Huard | Silvester & Conroy | Plaintiff | State | St. George, UT |
| 11/14/2011 | Hackett v. Bregg | Dewsnup, King & Olsen/Parsons Behle | Plaintiff | Federal | Denver, CO |
| 11/10/2011 | Lawrence v. St. Marks | Jones, Waldo, Holbrook & McDonough | Plaintiff | State | Salt Lake |
| 8/31/2011 | Hayes, Jeremy | Fabian & Clendenin | Plaintiff | State | Tooele, UT |
| 6/9/2011 | Rothstein v. Snowbird | Eisenberg & Gilchrist | Plaintiff | State | Salt Lake |
| 6/2/2011 | Hoopes v. Vaughan | Balzer Law Firm | Plaintiff | State | Fort Collins, CO |
| 3/30/2011 | Massa v. Casper, et al. | The Spence Firm | Plaintiff | Federal | Casper, WY |
| 9/9/2010 | Denny, Adam | Jones, Waldo, Holbrook & McDonough | Plaintiff | Federal | Salt Lake |
| 5/24/2010 | Miller v. UDOT | Christensen & Jensen | Plaintiff | State | Salt Lake |
| 4/22/2010 | Bishop v. Timpanogas Regional | Jeffs & Jeffs | Plaintiff | State | Provo, UT |
| 1/25/2010 | Amos v. W. L. Plastics | Scalley & Reading | Plaintiff | Federal | Salt Lake |
| 1/20/2010 | Brady v. Henrie | Peterson, Reed & Warlauumont | Plaintiff | State | Salt Lake |
| 11/16/2009 | Baldanado, et al., v. El Paso Natural G | Robert Shuster | Plaintiff | State | Roswell, NM |
| 10/20/2009 | Morris v. Hobby Lobby | Harris & Carter | Plaintiff | State | Layton, UT |
| 10/14/2009 | Ceniceros v. LDS Church | Moriarity, Badaruddin & Booke | Plaintiff | State | Salt Lake |
| 9/30/2009 | Olsen v. IHC, et al. | Young & Kester | Plaintiff | State | Provo, UT |
| 9/16/2009 | Feher v. Bates | Peter C. Collins | Plaintiff | Federal | Salt Lake |
| 8/18/2009 | Kunzler v. Staker-Parsons, et al. | Young & Kester | Plaintiff | State | Provo, UT |
| 8/13/2009 | Shelly Gladfelder | Bearnson & Peck | Plaintiff | State | Logan, UT |
| 6/11/2009 | Gardner v. SPX | Eisenberg & Gilchrist | Plaintiff | State | Salt Lake |
| 3/20/2009 | Jason Ardenyi | Gridley, Ward & Van Dyke | Plaintiff | State | Ogden, UT |
| 3/18/2009 | LaMont v. Williams | The Gooch Firm | Plaintiff | State | Moab, UT |
| 2/23/2009 | Singer v. New Tech | Cody Balzer | Plaintiff | State | Casper, WY |
| 1/15/2009 | Berry, Lori | Hasenyager & Summerill | Plaintiff | State | Ogden, UT |
| 11/18/2008 | Lysager v. Bannock County | Racine, Olson, Nye, Budge & Bailey, Charter | Plaintiff | State | Pocatello |
| 11/6/2008 | Wilson v. IHC | Christensen & Jensen | Plaintiff | State | Provo, UT |
| 6/25/2008 | Braithwaite v. IHC | Dewsnup, King & Olsen | Plaintiff | State | Provo, UT |
| 4/7/2008 | Butlerfield v. IHC | Young & Kester | Plaintiff | State | Richfield |
| 1/21/2008 | Patience v. J&R Development | Christensen & Jensen | Plaintiff | State | Salt Lake |
| 10/24/2007 | Peralez v. Orange County | Moriarity, Badaruddin & Booke | Plaintiff | Federal | Santa Ana, CA |
| 9/5/2007 | Traughber v. Welker | Christensen & Jensen | Plaintiff | State | Salt Lake |

# VITA
(Updated 1/1/2012)

**Paul A. Randle**
Emeritus Professor of Finance
Utah State University

President, Paul A. Randle & Associates

## Address and Telephone Numbers

Paul A. Randle & Associates
21 Shadow Mountain Drive
PO Box 708
Logan, Utah 84323a
Phone (435) 753-1009
FAX (435) 753-7076
E-mail parandle@comcast.net

## Degrees

- Bachelor of Science, Finance, 1965, University of Utah
- Master of Business Administration, 1967, University of Utah
- Doctor of Philosophy, 1970, University of Illinois at Champaign-Urbana
    Major Fields of Study:
        Corporation Finance, Investment Theory, Urban Land Economics
    Minor Fields of Study:
        Economic Theory, History and Philosophy of Economic Thought
    Dissertation Title:
        A Critical Analysis of Mutual Fund Performance

## Faculty Positions

Utah State University, Logan, Utah
    Assistant Professor of Finance, 1970-1973
    Associate Professor of Finance, 1973-1977
    Professor of Finance, 1978-1999
    Emeritus Professor of Finance, 1999-Present

University of Utah, Salt Lake City, Utah
    Instructor in Finance, 1969-1970
    Visiting Professor of Finance, 1973
        European MBA Program, Wiesbaden, Germany
University of Illinois, Urbana-Champaign, Illinois
    Instructor in Finance, 1967, 1968
Northern Colorado University, Greely, Colorado
    Assistant Professor of Finance, 1967

## Research Interests

Asset valuation; capital budgeting and project analysis; insurance and risk management; personal financial planning and decision making; forensic economics.

## Memberships, Honors

Financial Management Association
Omicron Delta Epsilon Honorary in Economics
Beta Gamma Sigma Honorary in Business Administration
College of Business Professor of the Year, 1981-82
Alpha Kappa Psi Professor of the Year, 1973-74
Listed in Who's Who in Business and Finance
Listed in Outstanding Educators of America

## Publications

Books

1. Personal Financial Planning for Physicians and Dentists. Wadsworth Publishing Company, Belmont, CA, 1982.

2. Financial and Working Capital Management. Tupperware Corporation, Orlando, Florida, 1980. (A text written for Tupperware Corporation, under a consulting contract with that company. This book was the basis for an internal management-training program in accounting and finance.)

3. Personal Financial Planning for Executives. Wadsworth Publishing Company, Belmont, CA  1981.

4. Managing Your Money, an Investment Strategy for Professionals. Wadsworth Publishing Company, Belmont, CA  1979.

5. Financial Planning for the Professional. Academic Associates, Logan, Utah. 1977.

Papers and Articles in Refereed Journals

1.   "The Mortgage Refinancing Decision: A Present Value Break-even Approach,"
     The CPA Journal, February, 1996.

2.   "Evaluating New Life Insurance Products," The CPA Journal, September, 1995.

3.   "Do Real Estate Investments Meet Your Rate of Return Expectations?," The Jour-
     nal of Real Estate Finance, Winter, 1992.

4.   "Selecting the Correct Retirement Plan for Your Business," Journal of Manage-
     ment in Engineering, April, 1985.

5.   "Valuation Errors Inherent in Weighted Average Cost of Capital," Proceedings of
     the annual meeting of the Eastern Finance Association, April 1979. With Chris S.
     Coray.

6.   "Elwood Revisited: A Mathematical Statement of Increasing Cost of Capital,"
     Proceedings of the annual meeting of the Eastern Finance Association, April, 1978,
     with Philip R. Swensen.

7.   "An Analytical Model for Evaluation of the Costs of Replacing Social Security
     Benefits with Private-Sector Insurance Programs," Proceedings of the annual meet-
     ing of the American Institute of Decision Sciences, April, 1978,  With Chris S.
     Coray and Peter M. Ellis.

8.   "Regional Planning and Development: A Net Present Value Approach," Proceed-
     ings of the annual meeting of the American Institute of Decision Sciences, March
     1977, with Philip R. Swensen.

9.   "Evaluation of Plan Investments and the Prudent Man Rule," Proceedings of the
     1976 Pension Institute, Mountain States Pension Conference, October 1976.

10.  "Subdivisions Out in the County Can Be Expensive: An Update," Utah Science,
     June 1976, with Philip R. Swensen.

11.  "Subdivisions Out in the County Can Be Expensive," Utah Science, September
     1975, with James L. Thompson and C. M. McKell.

Papers and Articles in Professional Journals

1. "Five Steps To Better Estate Planning," Physician's Management, February, 1988, p 123.

2. "Turn Your Debts Into Risk-Free Profits," Physician's Management, January, 1988, p 71.

3. "How to Evaluate Your Investments, Physician's Management," December, 1987, p 147.

4. "How Much Do You Know About The Stock Market?," Physician's Management, November, 1987, p 175.

5. "Malpractice Suits: Causes and Prevention," Physician's Management, October, 1987, p 184.

6. "Fundamentals of Investing In Corporate Bonds," Physician's Management, July, 1987, p 115.

7. "How Sound Is Your Investment Strategy," Dental Management, August, 1987, p 44.

8. "How To Determine Your Insurance Needs, Dental Management," May, 1987, p 48.

9. "Stock Options: High Profit, High Risk," Physician's Management, May 1987, p 171.

10. "Best Ways To Plan For Your Retirement," Physician's Management, December, 1986, p 54.

11. "How To Determine Your Insurance Needs," Physician's Management, August, 1986, p 219.

12. "Creative Financing: Which Is Your Best Alternative," Physician's Management, May, 1986, pp 67-73.

13. "Five Steps To Simplify The Estate Planning Process," Dental Management, April, 1986, pp 40-49.

14. "How Sound Is Your Investment Strategy?," Physician's Management, March, 1986, pp 199-210.

15. "Can Your Tax Shelters Leak?," Physician's Management, February, 1986, pp 91-119.

16. "Six Common Myths About Income Taxes," Physician's Management, January, 1986, pp 113-123.

17. "Financial Planning: Where Will You Be In 2003?", Physician's Management, January, 1986, pp 234-246.

18. "Can Your Retirement Plan Be Disqualified?," Physician's Management, December, 1985, pp 106-119.

19. "How To Avoid Leaky Tax Shelters, Dental Management," December, 1985, pp 42-47.

20. "Retirement Planning: Which Option Is Best For You," Dental Management, November, 1985, pp 36-48.

21. "How To Choose The Best Mutual Fund," Physician's Management, November, 1985, pp 81-88.

22. "How Good Is Your Investment Know How?," Physician's Management, May, 1985, pp 89-97.

23. "Eight Money Management Ideas You Can Use," Physician's Management, April, 1985, pp 86-93.

24. "Can Leasing Work For You?," Physician's Management, March, 1985, pp 200-217.

25. "What Makes an Investment Worthwhile?," Physician's Management, January, 1985, pp 62-69.

26. "How Much Do You Know About IRA's?," Physician's Management, January, 1985, pp 221-232.

27. "Fixed Costs and Net Income: Ways to Boost Profits," Dental Management, October, 1984, pp 16-22.

28. "Have You Achieved Financial Security?," Physician's Management, September, 1984, pp 83-89.

29. "Retirement: What Will You Have & What Will You Need," Physician's Management, July, 1984, pp 158-180.

30. "Planning Your Estate: Security First, Dental Management, July, 1984, pp 22-28.

31. "The Best Tax Shelters: Look For Income Too," Dental Management, June, 1984, pp 28-42.

32. "When Will You Be Able To Retire?," Physician's Management, June, 1984, pp

102-110.

33. "Do Tax Shelters Make Good Investments?," Physician's Management, April, 1984, pp 271-289.

34. "Take Charge Of Your Financial Planning, Physician's Management, March, 1984, pp 131-148.

35. "The Pros and Cons of Auto and Equipment Leasing," Dental Laboratory Review, December, 1983.

36. "Common Errors In Estate Planning," Physician's Management, November, 1983, pp 83-92.

37. "Your Banker: A Business Partner You Can Count On," Dental Management, July, 1983, pp 34-38.

38. "How To Determine Your Life Insurance Needs," Physician's Management, July, 1983, pp 151-169.

39. "Don't Let Your Pension Plan Go Up In Smoke," Physician's Management, June, 1983, pp 50-57.

40. "Estate Planning Under Reagonomics," Dental Management, December, 1982, pp 16-24.

41. "How To Pick an IRA," Dental Management, September, 1982, pp 31-37.

42. "Choosing the Right Employee Retirement Plan," Dental Laboratory Review, June, 1982, pp 14-18.

43. "Does Your Retirement Plan Measure Up?," Physician's Management, April, 1982, pp 41-47.

44. "Your Estate Plan After The Tax Act of 1981," a 30 minute auto-tutorial presentation written and produced for the Library of the American Association of Orthodontists, 1981.

45. "Inflation and Budgeting," a 30-minute television program produced by KUSU and aired on educational television in many parts of the U.S.

46. "The Most Often Overlooked Investment," Dental Economics, June 1978.

47. "Your Estate Plan After the 1976 Tax Reform Act," a 30 minute auto-tutorial presentation written and produced for the library of the American Association of Orthodontists, February 1978.

48. "Your Retirement Plan and the Magic of Time," Dental Economics, May 1977.

49. "Is Your Retirement Plan Accomplishing Its Objectives?," Utah State Medical Journal, January 1977.

50. "Life Insurance--Don't Get Stuck with the Wrong Kind," Dental Economics, October 1976.

51. "How Much Tax Shelter Can You Afford?," Utah State Medical Journal, September 1976.

52. "Why Not Reduce the Cost of Your Insurance Programs?," Utah State Medical Journal, October, 1976.

53. "The Perils of Professional Incorporation," Dental Economics, July 1976.

54. "Those Baffling Balance Sheets can Signal Success or Failure," Dental Economics, June 1976.

55. "Buying Equipment is Really Cheaper than Leasing," Physician's Management, April 1976.

56. "How Much Does Leasing Really Cost?" Dental Economics, June 1975.

57. "Risks in Investing;" "Investments;" "Borrowing Money;" and "Estate Planning." A series of four 30 minute television scripts written for KUSU Television, Logan, Utah, and aired on educational television stations throughout the United States. 1973.

Editorships

1. Contributing Editor, *Physician's Management*, 1980 to 1995.

2. Contributing Editor, *Dental Management*, 1980 to 1991.

3. Member, Board of Editors, *Financial Education*, 1972-1973.

4. Member, Board of Financial Advisors, Dental Economics, 1974-1977.

Computer Programs Published

1. "DEPO, A Microcomputer Program For Testimony Summary." Advanced Micro Applications Corporation, Logan, UT, 1986.

2. "MIRP--Mortgage Interest Reduction Planner." Advanced Micro Applications Corporation, Logan, UT, 1986.

3. "ARMP--Adjustable Rate Mortgage Planner." Advanced Micro Applications Corporation, Logan, UT, 1986.

4. "SSB--Social Security Benefit Estimator." Advanced Micro Applications Corporation, Logan, UT, 1986.

5. "RPA--Retirement Planning Analysis." Advanced Micro Applications Corporation, Logan, UT, 1986.

6. "CFD, A Microcomputer Program For Creative Financing Decisions." Advanced Micro Applications Corporation, Logan, UT, 1985.

7. "STS, A Microcomputer Program For Analysis of Structured Legal Settlements." Advanced Micro Applications Corporation, Logan, UT, 1984.

8. "PFP, A Microcomputer Program For Personal Financial Planning." Advanced Micro Applications Corporation, Logan, UT, 1983.

9. "EOL, A Microcomputer Program For Evaluation Of Economic Losses." Advanced Micro Applications Corporation, Logan, UT, 1986.


Papers Presented at Professional Meetings

1. "A Generalized Model for Valuation of Income Real Estate," presented to the 1982 annual meeting of the Eastern Finance Association, April, 1982, New York. With P. R. Swensen.

2. "Valuation Errors Inherent in Weighted Average Cost of Capital," presented to the 1979 annual meeting of the Eastern Finance Association, April, 1979, Washington, D.C. With Chris S. Coray.

3. "Economic Evaluation of the Costs and Benefits of Subdivision Development," presented to a meeting of the Institute for Community Development, Salt Lake City,      Utah, November 8, 1978.

4. "Net Present Value Techniques in Public Sector Decision Making: Planning for Economic Impact of Rapid Growth Due to Energy Development," presented to the annual meeting of the Air Pollution Control Association, Houston, Texas, June 25-29, 1978.

5. "Elwood Revisited: A Mathematical Statement of Increasing Cost of Capital," presented to the annual meeting of the Eastern Finance Association, Atlanta, Georgia, April, 1978. With Chris S. Coray and Philip R. Swensen.

6. "An Analytical Model for Evaluation of the Costs of Replacing  Social Security Benefits with Private-Sector Insurance Programs," presented to the annual meeting

of the American Institute of Decision Sciences, San Diego, California, April 1978, with Chris S. Coray and Peter M. Ellis.

7.  The Alexander S. Pollock Memorial Management Lecture, presented to the 45th annual meeting of the American Animal Hospital Association, Salt Lake City, April 1978.

8.  "Valuation of Single Asset Portfolios," presented to the annual meeting of the Financial Management Association, Seattle, Washington, October 1977. With Philip R. Swensen.

9.  "An Analysis of Tax Sheltered Limited Partnerships," presented to the annual meeting of the Financial Management Association, Montreal, October 1976. With Philip R. Swensen.

10. "Evaluation of Plan Investments and the Prudent Man Rule," presented to the annual Pension Institute, Mountain States Pension Conference, October 1976.

11. "The Dangers of Funding Pension Plans with Whole Life Insurance," presented to the Spring meeting of the Mountain States Pension Conference, April 1976.

## Business and Consulting

President, Paul A. Randle and Associates, Logan, Utah. Since 1973 this firm has been retained in a broad variety of consulting engagements with private firms, governmental entities, and individuals. These engagements have dealt with many different types of financial and economic analyses, engineering and land-use studies, actuarial analysis and advice, and matters in litigation.

Much of this firm's work deals with forensic economics, and includes testimony in numerous depositions, trials and administrative hearings. Following is a partial list of law firms (or the legal departments of other corporations) for whom such work has been done.

Abbott, Abbott & Walker, Orem UT
Allred & Associates, Salt Lake City UT
Allred & McLellan, PC, Vernal, UT
Anderson & Smith, Salt Lake City UT
Anderson, Nelson, Hall & Smith, Idaho Falls, ID
Atkin & Lilja, Salt Lake City UT
Atkinson, Conway & Gagnon, Anchorage, AK
Barrick Gold Corporation, Toronto, ON
Bearnson & Peck, Logan, UT
Becklyey, Singleton, Jemison, Cobeaga, & List, Las Vegas, NV
Berman, Gaufin, Tomsic & Savage, Salt Lake City UT
Bertch & Birch, Salt Lake City, UT
Birch, Horton, Bittner & Cherot, Anchorage, AK

J. Thomas Bowen Attorney at Law, Salt Lake City UT
Bonner Stinson, PC, Powell, WY
Bugden, Collins & Morton, Salt Lake City UT
Burbidge, Carnahan, Ostler & White, Salt Lake City, UT
Burbidge, Mitchell & Gross, Salt Lake City, UT
Bussart, West, Rossetti, Piaia & Tyler, Rock Springs, WY
Callister, Duncan & Nebeker, Salt Lake City UT
Campbell, Maack & Sessions, Salt Lake City UT
Carman Law Office, Billings, MT
Carr & Waddoups, Salt Lake City, UT
Chiara Law Offices, Price, UT**
Christensen & Jensen, Salt Lake City UT
Clark Newhall, MD, JD, LC
Clyde, Snow & Swensen, Salt Lake City UT
Coben & Associates, Scottsdale, AZ
Cohne, Rappaport & Segal, Salt Lake City, UT
Colorado Interstate Gas Company, Colorado Springs CO
Cook, Skeen & Robinson
Cooper & Larsen, Pocatello, ID
Craig C. Halls, Attorney at Law, Monticello, UT
Crosby, Heafy, Roach & May, Oakland CA
The Crow Law Firm, Sacramento CA
Dan Wilson & Associates, Ogden, UT
Danny Quintana & Associates, Salt Lake City, UT
Dart, Adamson & Donovan, Salt Lake City UT
David A. Goodwill & Associates, Salt Lake City UT
David K. Smith, Attorney at Law, Salt Lake City, UT
Day, Shell & Liljenquist, LC, Salt Lake City, UT
D'Elia & Lehmer, Park City, UT
DeHaan Law Firm, Twin Falls, ID
Denton M. Hatch, Spanish Fork, UT
Dewsnup, King & Olsen, Salt Lake City, UT
Dexter & Dexter, Provo, UT
Disability Law Center, Salt Lake City, UT
Domino's Pizza, Inc., Lansing, MI
Dunn & Dunn, Salt Lake City, UT
Durbano Law Firm, Layton, UT
Durio, McGoffin, Stagg & Ackerman, Lafayette, LA
P. Christian Hague, Attorney at Law, Park City, UT
Duvall, Hansen, Witt & Morley, American Fork, UT
Eisenberg & Gilchrist, Salt Lake City, UT
Encore International, Inc., Salt Lake City, UT
Greg S. Erickson, Attorney at Law, Bountiful UT
Fabian & Clendenin, Salt Lake City, UT
Farr, Kaufman, Sullivan, Jensen, et al., Ogden, UT
Feldman, Orlansky & Sanders, Anchorage, AK

Fisher, Scribner & Stirland, Provo, UT
Flickinger & Sutterfield, Provo UT
Flying J, Inc., Brigham City UT
G. Eric Nielson & Associates, Salt Lake City, UT
Giauque, Crockett, Bendinger & Peterson, Salt Lake City UT
Green & Berry, Salt Lake City UT
Gridley, Ward, & Van Dyke, Ogden UT
Habush, Habush, Davis & Rottier, SC, Milwaukee WI
Hall, Farley, Oberrecht & Blanton, PA, Idaho Falls, ID
Hanson, Epperson & Wallace, Salt Lake City UT
Hanson, Nelson, Chipman & Quigley, Salt Lake City UT
Haralson, Miller, Pitt, Feldman & McAnally, PLC, Tucson, AZ
Harris & Carter, Provo UT
Hart & Hart, Salt Lake City, UT
Hasenyager & Summerill, Ogden, UT
Helgesen, Waterfall & Jones, Ogden UT
Helm, Pletcher, Bowen & Saunders, Houston, TX
Higbee, MacFarlane & Jensen, Cedar City UT
Hill, Johnson & Schmutz, Provo UT
Hillyard, Anderson & Olsen, Logan UT
Hincks & LaTulippe, Salt Lake City, UT
Hobbs & Olson, Salt Lake City, UT
Hogan & Willig, PLLC, Amherst NY
Holman, Walker & Hutchings, LC, Sandy, UT
Holme, Roberts & Owen, Salt Lake City UT
Roger Hoole & Associates, Salt Lake City UT
Hopkins, Roden, Crockett, Hansen & Hoopes, PL, Idaho Falls, ID
Howard, Lewis & Petersen, Provo UT
Hoyt & Blewett, Great Falls, MT
Ivie & Young, Provo UT
J. Paul Stockdale, Ogden, UT
James D. Vilos, PC, Salt Lake City, UT
James R. Black & Associates, Salt Lake City UT
Jardine, Linebaugh & Dunn, Salt Lake City UT
Jeffs & Jeffs, Provo, UT
Jensen, Graff & Barnes, Cedar City, UT
Joel M. Allred, PC, Salt Lake City, UT
John M. Hill, Attorney at Law, Salt Lake City, UT
Johnson & Hatch, Salt Lake City UT
Jones Day, Los Angeles, CA
Jones, Waldo, Holbrook & McDonough, Salt Lake City UT
Justin K. Roberts, Attorney at Law, Murray, UT
Kesler & Rust, Salt Lake City UT
Kidman & Associates, Murray UT
King & Isaacson, Salt Lake City UT
Kipp & Christian, Salt Lake City UT

Kirton & McConkie, Salt Lake City UT
Kuvinka & Kuvinka, Jackson, WY
Lane, Powell, Speers & Lubersky, Seattle WA
Larson, Kirkham & Turner, Salt Lake City UT
Law Office of Darwin Overson, Salt Lake City, UT
Law Office of Peter C. Collins, Salt Lake City, UT
Law Office of Steven F. Allred, Salt Lake City, UT
Law Offices of Scott S. Kunkel, LLC
Leonard J. Root, Attorney at Law, Las Vegas, NV
Lundell & Lofgren, Salt Lake City, UT
Mahoney Law Office, Boise, ID
Marchant, Kohler & Kyler, LLP, Cedar City, UT
Margol & Pennington, Jacksonville Beach, FL
Marsden, Cahoon & Bell, Salt Lake City UT
Matheson, Mortensen, Olsen & Jeppson, Salt Lake City, UT
May, Sudweeks & Browning, Twin Falls, ID
Mismash & McDonough, Salt Lake City, UT
Merrill & Merrill, Pocatello ID
Moffat Law Offices, Salt Lake City, UT
Moriarity, Badaruddin & Booke, Bozeman, MT
Mortensen & Lunceford, Bountiful UT
Morton & Carmichael, Salt Lake City, UT
Moyle & Draper, Salt Lake City UT
Murane & Bostwick, Cheyenne, WY
Nalder & Stratford, Ogden UT
Nelson, Chipman, Quigley & Hansen, Salt Lake City, UT
Nelson, Snuffer, Dahle & Poulsen, Sandy UT
Nielsen & Senior, Salt Lake City UT
Northcraft, Bigby & Biggs, PC, Seattle, WA
Nurenberg, Plevin, Heller & McCarthy, Cleveland OH
Olsen & Hoggan, PC, Logan UT
P. Christian Hague, Attorney at Law, Park City, UT
Pace, Hughes & Schmidt, Salt Lake City, UT
Parr, Waddoups, Brown, Gee & Loveless, Salt Lake City UT
Parry, Anderson & Gardiner, Salt Lake City, UT
Parsons, Behle & Latimer, Salt Lake City UT
Parsons, Kinghorn & Harris, Salt Lake City, UT
Payne & Associates, Farmington, UT
Pearce & Spratley, South Jordan, UT
Peck, Hadfield, Baxter & Moore, Logan, UT
Perkins, Schwobe & McLachlan, Salt Lake City, UT
Perry, Malmberg & Perry, Logan UT
Peterson, Reed, Warlaumont & Stout, Murray, UT
Plant, Christensen & Kanell, Salt Lake City, UT
Poole & Adams, LC, Salt Lake City, UT
Portland General Electric Corporation, Portland, OR

Poulson & Jones, South Jordan, UT
Powell & Lang, Ogden, UT
Preston & Chambers, Logan UT
Prince, Yeates & Geldzahler, Salt Lake City UT
Racine, Olson, Nye, Budge & Bailey, Chartered, Pocatello ID
Randle, Deamer, Zarr & Lee, Salt Lake City UT
Ray, Quinney & Nebeker, Salt Lake City UT
Rawlings, Olson, Cannon, Gormley & Desruissea, Las Vegas, NV
Richards, Brandt, Miller & Nelson, Salt Lake City UT
Robert C. Tronvig, Sacramento CA
Robert J. DeBry & Associates, Salt Lake City, UT and St. George, UT
Robert P. Schuster, PC, Jackson, WY
Robinson, Seiler & Anderson, Provo UT
Roger T. Sharp, Attorney at Law, Salt Lake City UT
Gary L. Shockey, Attorney at Law, Jackson, WY
Silvester & Conroy, Salt Lake City UT
Smith Hartvigsen, Salt Lake City, UT
Smith & Ure, Santa Ana CA
Linda D. Smith, Attorney at Law, Salt Lake City UT
Mark N. Stageberg, Minnetonka, MN
Stanley R. Smith & Associates, American Fork UT
Snell & Wilmer, Salt Lake City UT
Snow, Christensen & Martineau, Salt Lake City UT
Spence, Moriarity & Schuster, Jackson WY
Spratley & Associates, Salt Lake City UT
Stanton, Aron, PC
Steinburg, Carwile & Herzik, Houston TX
Strieper Law Firm, Salt Lake City, UT
Alan R. Stewart, PC, Salt Lake City, UT
Stirba & Hathaway, Salt Lake City UT
Stucki, Steele & Rencher, Salt Lake City, UT
Strong & Hanni, Salt Lake City UT
Suitter, Axland & Hanson, Salt Lake City UT
Robert Sykes & Associates, Salt Lake City UT
Ronald C. Wolthuis, Attorney at Law, Salt Lake City UT
Rosenfelt & Buffington, Gallup, NM
Scalley, Reading, Bates, Hansen & Rasmussen, Salt Lake City, UT
Scribner, Stirland & McCandless, Provo, UT
Sigfried & Jensen, Salt Lake City, UT
Silvester & Conroy, Salt Lake City, UT
Smart, Schofield, Shorter & Lunceford, Murray, UT
Smith & Glauser, Salt Lake City, UT
Smith & Ure, Santa Ana, CA
Smith Hartvigsen, PLLC, Salt Lake City, UT
Snow, Christensen & Martineau, Salt Lake City, UT
Stanley R. Smith & Associates, American Fork, UT

Steele, Ruffinengo & Biggs, Salt Lake City, UT
Steinburg, Carwile & Herzik, Houston, TX
Stirba & Hathaway, Salt Lake City, UT
Strong & Hanni, Salt Lake City, UT
Stucki, Steele, Pia &Anderson, Salt Lake City, UT
Suitter Axland, Salt Lake City, UT
Svalina Law Firm, Beaufort, SC
Sykes & Vilos, Salt Lake City UT
Texaco, Inc., White Plains, NY
The Balzer Law Firm, Loveland, CO
The Gooch Law Firm, Salt Lake City, UT
The Jefferson Law Office, Kenai, AK
The Law Office of Kathryn Collard, LC, Salt Lake City, UT
The Spence Law Firm, Jackson, WY
Thomsen & Stephens, Idaho Falls, ID
Tolman, Brizee & Martens, PC, Twin Falls, ID
U.S. Attorney, District of Idaho
U.S. Department of Justice, Salt Lake City UT
Union Pacific Railroad Company, Salt Lake City UT
United States District Court, Salt Lake City, UT
Utah Attorney General's Office, Salt Lake City UT
Van Cott, Bagley, Cornwall & McCarthy, Salt Lake City UT
Van Cott, Bagley, Cornwall & McCarthy, Ogden UT
Vannah, Costello, Vannah & Ganz, Las Vegas, NV
Vincent & Rutzick, Riverton, WY
Waltman & Grisham, Bryan TX
Watkiss, Dunning & Watkiss, Salt Lake City, UT
Weinberg, Wheeler, Hudgins, Gunn Dial, Atlanta, GA
Whitfield & Eddy, PLC, Des Moines, IA
Wilde & Associates, Midvale, UT
Wilcox, Dewsnup & King, Salt Lake City UT
Wilde & Associates, Midvale UT
Williams & Trine, Boulder CO
Williams, Jordan & Broderson, Visalia CA
Williams, Porter, Day & Neville, PC, Casper, WY
Wojtalewicz Law Firm, Appleton, WI
Wolk & Genter, Philadelphia, PA
Winder & Haslam, Salt Lake City UT
Winder & Counsel, Salt Lake City UT
Woodbury & Kesler, Salt Lake City UT
Young, Adams & Hoffman, Salt Lake City, UT
Young, Kester & Petro, Springville UT
Yuhl, Rhames, Yuhl & Atkinson, LLP, Santa Monica, CA