CHRISTOPHER A. CROFTS
United States Attorney
C. LEVI MARTIN
Assistant United States Attorney
Post Office Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2123

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| YOLANDA EVERT, individually and as the Qualified Wrongful Death Representative of Erwin Evert, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 11CV00339-F<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE UNITED STATES' DESIGNATION OF EXPERTS

The United States Attorney for the District of Wyoming and Assistant United States Attorney, C. Levi Martin, submits this unopposed motion for an extension of time (until October 31, 2012) for the United States to designate its experts. The grounds for this motion are as follows:

1. In this Court's initial pretrial order, plaintiff's designation of experts deadline was set for August 6, 2012, and the United States' expert designation was set for September 5, 2012. *See* Dkt. #21 at 4.

2. The United States intends to take plaintiff's experts' designations before providing the United States' counter designation. Due to various scheduling conflicts, plaintiff's experts cannot be deposed until early-mid October.

3. Accordingly, the United States seeks, and the plaintiff does not oppose, an extension of the United States' expert designation deadline to October 31, 2012.

4. The extension of this deadline does not interfere with this Court's other deadlines.

For the foregoing reasons, the United States respectfully requests this Court grant it an extension of the United States' expert designation deadline to October 31, 2012.

**DATED** this 28th day of August, 2012.

                                    CHRISTOPHER A. CROFTS
                                    United States Attorney

By: _____
         C. LEVI MARTIN
         Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August 2012, I served a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE UNITED STATES' DESIGNATION OF EXPERTS** upon the following by the methods indicated below:

| | |
|---|---|
| Emily Roberts Rankin | [ ] By Facsimile |
| Mark L. Aronowitz | [ ] By U.S. Mail - postage prepaid |
| The Spence Law Firm | [ ] By Electronic Mail |
| P O Box 548 | [ ] By Overnight Courier |
| Jackson, WY 83001 | [ X ] By Electronic Filing |
| rankin@spencelawyers.com | |

_/s/ Becki Knuta_
United States Attorney's Office