ORIGINAL

CHRISTOPHER A. CROFTS
United States Attorney
NICHOLAS VASSALLO
C. LEVI MARTIN
Assistant United States Attorneys
Post Office Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2123

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| YOLANDA EVERT, individually and as the Qualified Wrongful Death Representative Of Erwin Evert, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 11-CV-339-F |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
## BASED UPON WYOMING'S RECREATIONAL USE ACT

The United States, by and through the United States Attorney for the District of Wyoming and Assistant United States Attorneys C. Levi Martin and Nicholas Vassallo, move for summary judgment on Plaintiff's claims pursuant to FED.R.CIV.P. 56 for the reason and upon the grounds that there are no genuine issues of material fact and that the United States is entitled to summary judgment as a matter of law on the causes of action in the Plaintiff's complaint.

In support of this motion, the United States relies upon the memorandum in support of this motion (filed concurrently herewith), along with the attached declarations and other documents.

Respectfully submitted this 19th day of September, 2012.

CHRISTOPHER A. CROFTS
United States Attorney

By:

C. LEVI MARTIN
NICHOLAS VASSALLO
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing **United States' Motion for Summary Judgment based upon Wyoming's Recreational Use Act** has been served upon the following by the method(s) indicated below on September 19th, 2012.

Emily R. Rankin
Mark Aronowitz
The Spence Firm
P.O. Box 548
Jackson, WY 83001
307-733-5248
*Attorney for Plaintiff*

[X] By U.S. Mail - postage prepaid
[  ] By Hand Delivery
[  ] By Overnight Courier
[  ] By Electronic Filing/Email

Office of the United States Attorney