# CIVIL MINUTE SHEET
# MOTION HEARING

☐ **Telephonic**

Date  10/22/12

Time  9:05 a.m. - 10:27 a.m.                            Case No.  11-CV-339-F

_____YOLANDA EVERT_____ VS __UNITED STATES OF AMERICA__

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Brandi Monger |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)  Eimly Rankin, Mark Aronowitz

Attorney(s) for Defendant(s)  Levi Martin, Nicholas Vassallo

Witness(es) for Plaintiff(s)  _____
Witness(es) for Defendant(s)  _____

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 35 | Dismiss for Lack of Jurisdiction | Denied |
| Defendant | 40 | Summary Judgment | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ Briefs to be filed on or before _____ by _____
                                  _____ by _____

☑ Order to be prepared by   ☑ Court   ☐ Attorney _____
☐ Attorney _____                  Admitted *pro hac vice*

Other proceedings

No ruling is final until a Written Order is issued.